UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Plaintiff(s),      Case No.

v.

         Judge

         Magistrate Judge

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, _____
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ❑     No ❑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ❑     No ❑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: _____

/s/ Jeffrey K. Lamb
_____
Signature

_____
Bar No.

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Primary Email Address