AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| General Motors LLC, et al | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:19-cv-13429 |
| v. | ) | |
| FCA US LLC, et al | ) | Hon. Paul D. Borman |
| Defendant. | ) | |

## SUMMONS IN A CIVIL ACTION

To: FCA US LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey K. Lamb
Honigman LLP
2290 First National Building
Detroit, MI 48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT        By: s/D. Allen
                                          _____
                                          Signature of Clerk or Deputy Clerk

                                          Date of Issuance: November 21, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:19-cv-13429
Hon. Paul D. Borman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  FCA US LLC
was received by me on *(date)* 11/21/19 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mike Anderson , who is designated by law to accept service of process on behalf of *(name of organization)* FCA US, LLC (c/o The Corporation Co) 229 Brookwood Drive, Ste. 14, South Lyon, MI 48178  on *(date)* 11/21/19 @ 2:30pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/21/19

Server's signature

David G Rees        Investigator
Printed name and title

30400 Telegraph, Ste 472, Bingham Farms, MI 48025
Server's address

James Dean Schoenherr
Notary Public, State of Michigan,
County of Macomb
My Commission expires Jan 12, 2024
Acting in the County of Oakland

Additional information regarding attempted service, etc: