# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br>GENERAL MOTORS COMPANY,<br><br>     Plaintiffs,<br> against<br><br>FCA US LLC, FIAT CHRYSLER<br>AUTOMOBILES N.V., ALPHONS<br>IACOBELLI, JEROME DURDEN,<br>MICHAEL BROWN,<br><br>     Defendants. | Case No. 19-cv-13429<br><br>Honorable Paul D. Borman |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Adam M. Wenner of the law firm of Honigman LLP hereby enters his appearance as counsel on behalf of Plaintiffs in the above-referenced matter.

Dated: November 27, 2019   Respectfully submitted,

              **HONIGMAN LLP**

              By: s/Adam M. Wenner
              Adam M. Wenner (P75309)
              2290 First National Building
              660 Woodward Avenue
              Detroit, MI 48226
              Telephone: (313) 465-7000
              awenner@honigman.com

              *Attorney for Plaintiffs General Motors LLC and General Motors Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 27, 2019, I caused to be electronically filed a copy of the foregoing with the Clerk of the Court which will send notification of such filing to all counsel of record.

HONIGMAN LLP

By: s/Adam M. Wenner
Adam M. Wenner (P75309)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone:  (313) 465-7000
awenner@honigman.com

32959578.2