## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br>GENERAL MOTORS COMPANY,<br><br>     Plaintiffs,<br> against<br><br>FCA US LLC, FIAT CHRYSLER<br>AUTOMOBILES N.V., ALPHONS<br>IACOBELLI, JEROME DURDEN,<br>MICHAEL BROWN,<br><br>     Defendants. | Case No. 19-cv-13429<br><br>Honorable Paul D. Borman |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shirin S. Goyal of the law firm of Honigman LLP hereby enters her appearance as counsel on behalf of Plaintiffs in the above-referenced matter.

Dated: November 27, 2019   Respectfully submitted,

             **HONIGMAN LLP**

             By: s/Shirin S. Goyal
             Shirin S. Goyal (P82528)
             2290 First National Building
             660 Woodward Avenue
             Detroit, MI 48226
             Telephone:  (313) 465-7000
             sgoyal@honigman.com

             *Attorney for Plaintiffs General Motors LLC and*
             *General Motors Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 27, 2019, I caused to be electronically filed a copy of the foregoing with the Clerk of the Court which will send notification of such filing to all counsel of record.

**HONIGMAN LLP**

By: s/Shirin S. Goyal
Shirin S. Goyal (P82528)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7000
sgoyal@honigman.com

32962491.1