UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC, GENERAL MOTORS COMPANY,<br><br>             Plaintiffs,<br>  against<br><br>FCA US LLC, FIAT CHRYSLER AUTOMOBILES N.V., ALPHONS IACOBELLI, JEROME DURDEN, MICHAEL BROWN,<br><br>             Defendants. | Case No. 19-cv-13429<br><br>Honorable Paul D. Borman |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that J. Michael Huget of the law firm of Honigman LLP hereby enters his appearance as counsel on behalf of Plaintiffs in the above-referenced matter.

Dated: December 3, 2019

Respectfully submitted,

**HONIGMAN LLP**

By: s/J. Michael Huget
J. Michael Huget (P39150)
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108
Telephone: (734) 418-4254
mhuget@honigman.com

*Attorney for Plaintiffs General Motors LLC and General Motors Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 3, 2019, I caused to be electronically filed a copy of the foregoing with the Clerk of the Court which will send notification of such filing to all counsel of record.

**HONIGMAN LLP**

By: s/J. Michael Huget
J. Michael Huget (P39150)
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108
Telephone: (734) 418-4254
mhuget@honigman.com

*Attorney for Plaintiffs General Motors LLC and General Motors Company*

33005936.1