UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------- x

GENERAL MOTORS LLC; GENERAL MOTORS CO.,

    Plaintiffs,

v.

FCA US LLC; FIAT CHRYSLER AUTOMOBILES N.V.; ALPHONS IACOBELLI; JEROME DURDEN; MICHAEL BROWN,

    Defendants.

---------------------------------------------------- x

No. 2:19-cv-13429

Honorable Paul D. Borman
District Court Judge

Honorable David R. Grand
Magistrate Judge

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT FCA US LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FCA US LLC, by and through its undersigned counsel, makes the following disclosures:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

**Yes.**

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

Parent Corporation/Affiliate Name: **Fiat Chrysler Automobiles N.V., a publicly traded Netherlands company.**

Relationship with Named Party: **Named Party is a wholly owned subsidiary of FCA North America Holdings LLC, a Delaware limited liability company, which is wholly owned by FCA Holdco B.V., a company incorporated under the laws of the Netherlands, and which, in turn, is wholly owned by Fiat Chrysler Automobiles N.V., a publicly traded Netherlands company with its principal executive offices in London, United Kingdom.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

**Yes.**

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest:

Parent Corporation/Affiliate Name: **Fiat Chrysler Automobiles N.V., a publicly traded Netherlands company.**

Nature of Financial Interest: **Named Party is a wholly owned subsidiary of FCA North America Holdings LLC, a Delaware limited liability company, which is wholly owned by FCA Holdco B.V., a company incorporated under the laws of the Netherlands, and which, in turn, is wholly owned by Fiat Chrysler Automobiles N.V., a publicly traded Netherlands company with its principal executive offices in London, United Kingdom.**

Respectfully submitted,

By:  */s/ Thomas W. Cranmer*
Thomas W. Cranmer (P25252)
MILLER, CANFIELD, PADDOCK & STONE, PLC
840 West Long Lake Road, Suite 150
Troy, MI 48098
Telephone: (248) 267-3381
Email: *cranmer@millercanfield.com*

*Counsel for Defendant FCA US LLC*

Dated: December 6, 2019

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

By:  /s/ Thomas W. Cranmer
Thomas W. Cranmer (P25252)
MILLER, CANFIELD, PADDOCK & STONE, PLC
840 West Long Lake Road, Suite 150
Troy, MI 48098
Telephone: (248) 267-3381
Email: cranmer@millercanfield.com

*Counsel for Defendant FCA US LLC*

Dated: December 6, 2019
34922516.1\142778-01028