IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC; GENERAL MOTORS CO., <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC; FIAT CHRYSLER AUTOMOBILES N.V.; ALPHONS IACOBELLI; JEROME DURDEN; MICHAEL BROWN, <br><br> Defendants. | No. 2:19-cv-13429 <br><br> Honorable Paul D. Borman <br> District Court Judge <br><br> Honorable David R. Grand <br> Magistrate Judge |

**STIPULATION AND ORDER**

WHEREAS, Plaintiffs General Motors LLC and General Motors Co. (collectively, "GM") filed a Complaint in the above-captioned action on November 20, 2019;

WHEREAS, GM served Defendant FCA US LLC with the summons and Complaint on November 21, 2019, but has not served Defendant Fiat Chrysler Automobiles N.V. (together with FCA US LLC, "FCA");

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for GM and FCA in the above-captioned action, and ORDERED BY THE COURT, that pursuant to Local Rule 7.1:

-2-

1. Defendant Fiat Chrysler Automobiles N.V. accepts service of the summons and Complaint, but expressly preserves all rights, claims and defenses, including, without limitation, all defenses relating to jurisdiction;

2. FCA shall have until and including January 24, 2020, to answer, move against or otherwise respond to the Complaint;

3. GM shall have until and including March 9, 2020, to oppose any motion(s) by FCA to dismiss the Complaint; and

4. FCA shall have until and including April 8, 2020, to file any replies in support of any motion(s) to dismiss the Complaint.

No prior extensions of the time to respond to the Complaint have been sought by FCA.

**IT IS SO ORDERED**.

Dated:  December 10, 2019                    s/Paul D. Borman
                                             Paul D. Borman
                                             United States District Judge

APPROVED AS TO FORM:

H<span/>ONIGMAN LLP

By: */s/* Jeffrey K. Lamb w/consent
    Jeffrey K. Lamb (P76738)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    Telephone: (313) 465-7000
    *jlamb@honigman.com*

*Co-counsel for Plaintiffs*

MILLER, CANFIELD, PADDOCK & STONE, PLC

By: */s/* Matthew P. Allen
    Thomas W. Cranmer (P25252)
    Matthew P. Allen (P57914)
    840 West Long Lake Road, Suite 150
    Troy, Michigan 48098-6358
    Tel: (248) 879-2000
    *cranmer@millercanfield.com*
    *allen@millercanfield.com*

*Co-counsel for Defendants FCA US LLC and Fiat Chrysler Automobiles N.V.*