# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GENERAL MOTORS LLC; GENERAL MOTORS CO.,

    Plaintiffs,

v.

FCA US LLC; FIAT CHRYSLER AUTOMOBILES N.V.; ALPHONS IACOBELLI; JEROME DURDEN; MICHAEL BROWN,

    Defendants.

_____/

No. 2:19-cv-13429

Honorable Paul D. Borman
District Court Judge

Honorable David R. Grand
Magistrate Judge

## STIPULATION AND ORDER

WHEREAS, Plaintiffs General Motors LLC and General Motors Co. (collectively, "GM") filed a Complaint in the above-captioned action on November 20, 2019;

WHEREAS, GM served Defendant Alphons Iacobelli ("Iacobelli") with the Summons and Complaint on December 6, 2019;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for GM and Iacobelli in the above-captioned action, and ORDERED BY THE COURT, that Iacobelli shall have until and including February 3, 2020, to answer, move against, or otherwise respond to the Complaint. No prior extensions of time to respond to the Complaint have been sought by Iacobelli.

**IT IS SO ORDERED**.

Dated: December 23, 2019          s/Paul D. Borman
                                                     Paul D. Borman
                                                     United States District Judge

APPROVED AS TO FORM:

HONIGMAN LLP

By: */s/* Jeffrey K. Lamb
     Jeffrey K. Lamb (P76738)
     2290 First National Building
     660 Woodward Avenue
     Detroit, MI 48226
     Telephone: (313) 465-7000
     *jlamb@honigman.com*

     *Counsel for Plaintiffs*

NEDELMAN LEGAL GROUP PLLC

By: */s/* Michael A. Nedelman (w/consent)
     Michael A. Nedelman (P35433)
     28580 Orchard Lake Road, Suite 140
     Farmington Hills, MI 48334
     Telephone: (248) 855-8888
     *mnedelman@nglegal.com*

     David F. DuMouchel (P25658)
     BUTZEL LONG
     150 W. Jefferson Avenue, Suite 100
     Detroit, MI 48226
     Telephone: (313) 225-7004
     *dumouchd@butzel.com*

     Damien P. DuMouchel (P74188)
     BUTZEL LONG
     Stoneridge West
     41000 Woodward Avenue

Bloomfield Hills, MI 48304
Telephone: (248) 258-2610
*dumoucheld@butzel.com*

*Counsel for Defendant Iacobelli*