# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GENERAL MOTORS LLC; GENERAL MOTORS CO.,

    Plaintiffs,

v.

FCA US LLC; FIAT CHRYSLER AUTOMOBILES N.V.; ALPHONS IACOBELLI; JEROME DURDEN; MICHAEL BROWN,

    Defendants.

    /

No. 2:19-cv-13429

Honorable Paul D. Borman
District Court Judge

Honorable David R. Grand
Magistrate Judge

## STIPULATION AND ORDER

WHEREAS, Plaintiffs General Motors LLC and General Motors Co. (collectively, "GM") filed a Complaint in the above-captioned action on November 20, 2019;

WHEREAS, GM served Defendant Jerome Durden ("Durden") with the Summons and Complaint on November 27, 2019;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for GM and Durden in the above-captioned action, and ORDERED BY THE COURT, that Durden shall have until and including February 3, 2020, to answer, move against, or otherwise respond to the Complaint. No prior extensions of time to respond to the Complaint have been sought by Durden.

**IT IS SO ORDERED**.

Dated: December 23, 2019           s/Paul D. Borman
                                                      Paul D. Borman
                                                      United States District Judge

APPROVED AS TO FORM:

HONIGMAN LLP

By: */s/* Jeffrey K. Lamb
     Jeffrey K. Lamb (P76738)
     2290 First National Building
     660 Woodward Avenue
     Detroit, MI 48226
     Telephone: (313) 465-7000
     *jlamb@honigman.com*

     *Counsel for Plaintiffs*

THE GRACEY LAW FIRM

By: */s/* Judith S. Gracey (w/consent)
     Judith S. Gracey (P39766)
     2200 Beechmont Street
     Keego Harbor, MI 48320
     Telephone: (248) 221-7726
     *judith@thegraceylawfirm.com*

     *Counsel for Defendant Durden*

33181748.1