## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GENERAL MOTORS LLC; GENERAL MOTORS CO.,

    Plaintiffs,

v.

FCA US LLC; FIAT CHRYSLER AUTOMOBILES N.V.; ALPHONS IACOBELLI; JEROME DURDEN; MICHAEL BROWN,

    Defendants.

                                   /

No. 2:19-cv-13429

Honorable Paul D. Borman
District Court Judge

Honorable David R. Grand
Magistrate Judge

## STIPULATED ORDER

WHEREAS, Plaintiffs General Motors LLC and General Motors Co. (collectively, "GM") filed a Complaint in the above-captioned action on November 20, 2019;

WHEREAS, GM served Defendant Michael Brown ("Brown") with the Summons and Complaint on November 22, 2019;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for GM and Brown in the above-captioned action, and ORDERED BY THE COURT, that Brown shall have until and including January 24, 2020, to answer, move against, or otherwise respond to the Complaint. No prior extensions of time to respond to the Complaint have been sought by Brown.

33376735.1

**IT IS SO ORDERED**.

Dated:  January 10, 2020                s/Paul D. Borman
                                         Paul D. Borman
                                         United States District Judge

APPROVED AS TO FORM:

                                         HONIGMAN LLP

                                         By:  */s/* Jeffrey K. Lamb
                                              Jeffrey K. Lamb (P76738)
                                              2290 First National Building
                                              660 Woodward Avenue
                                              Detroit, MI 48226
                                              Telephone: (313) 465-7000
                                              *jlamb@honigman.com*

                                              *Counsel for Plaintiffs*

                                         BEN GONEK LAW, P.C.

                                         By:  */s/* Ben M. Gonek (w/consent)
                                              Ben M. Gonek (P43716)
                                              14290 Northline Road
                                              Southgate, MI 48195
                                              Telephone: (313) 963-3377
                                              *ben@goneklaw.com*

                                              *Counsel for Defendant Brown*

2

33376735.1