# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC, GENERAL MOTORS COMPANY,<br><br>     Plaintiffs,<br> against<br><br>FCA US LLC, FIAT CHRYSLER AUTOMOBILES N.V., ALPHONS IACOBELLI, JEROME DURDEN, MICHAEL BROWN,<br><br>     Defendants. | No. 19-cv-13429<br><br>Honorable Paul D. Borman<br>District Court Judge<br><br>Honorable David R. Grand<br>Magistrate Judge |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Hariklia Karis of the law firm of Kirkland & Ellis LLP hereby enters her appearance as counsel on behalf of Plaintiffs in the above-referenced matter.

Dated: January 17, 2020    Respectfully submitted,

              **KIRKLAND & ELLIS LLP**

              By: s/Hariklia Karis
              Hariklia Karis, P.C.
              300 North LaSalle
              Chicago, IL 60654
              Telephone:  (312) 862-2330
              hariklia.karis@kirkland.com

              *Attorney for Plaintiffs General Motors LLC and General Motors Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, I caused to be electronically filed a copy of the foregoing with the Clerk of the Court which will send notification of such filing to all counsel of record.

**KIRKLAND & ELLIS LLP**

By: s/Hariklia Karis
Hariklia Karis, P.C.
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2330
hariklia.karis@kirkland.com