# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br>GENERAL MOTORS COMPANY,<br>                Plaintiffs, | CASE NO. 19-CV-13429 |
| v. | Honorable Paul D. Borman<br>District Court Judge |
| FCA US LLC, FIAT CHRYSLER<br>AUTOMOBILES N.V., ALPHONS<br>IACOBELLI, JEROME DURDEN,<br>MICHAEL BROWN,<br>                Defendants. | Honorable David R. Grand<br>Magistrate Judge |

## NOTICE OF JOINDER

Defendant, through undersigned counsel, hereby joins in and concurs with Defendant FCA US LLC's Motion to Dismiss the Complaint filed on January 24, 2020. ECF No. 41. In joining FCA US LLC's Motion, Mr. Durden is not waiving the right to file pleadings of his own or to seek reconsideration of rulings made by the Court prior to trial.

Mr. Durden respectfully requests that he be permitted to participate in any hearings conducted in connection with the aforementioned Motion and that, if deemed necessary by him under the circumstances, he be permitted to submit supplemental briefs, memoranda, or pleadings.

    Respectfully Submitted,

    /s/Judith S. Gracey
    **JUDITH S. GRACEY (P39766)**
    Attorney for Jerome Durden
    The Gracey Law Firm, PLLC
    2200 Beechmont Street
    Keego Harbor, Michigan 48320
    (248) 221-7726

Dated: January 27, 2020

2

## CERTIFICATE OF SERVICE

I, Judith S. Gracey, hereby certify that on January 27, 2020, I electronically filed the foregoing document, with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record.

/s/Judith S. Gracey
**JUDITH S. GRACEY**