UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS, LLC;
GENERAL MOTORS CO.,

    Plaintiffs

v.

FCA US LLC/ FIAT CHRYSLER
AUTOMOBILES N.V.; ALPHONS
IACOBELLI; JEROME DURDEN;
MICHAEL BROWN,

    Defendants.
_____

No. 2:19-cv-13429
Hon. Paul D. Borman

### PETITIONERS, DAVID DUMOUCHEL, DAMIEN DUMOUCHEL, AND BUTZEL LONG PC'S, MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ALPHONS IACOBELLI

Petitioners, David DuMouchel, Damien DuMouchel, and the law firm of Butzel Long (together "Petitioners"), pursuant to E.D. Mich. L.R. 83.25, hereby seek leave to withdraw as counsel for Defendant Alphons Iacobelli ("Defendant") in the above-captioned case based upon the following grounds:

  1. Defendant, to date, has been represented by Petitioners as well as Michael Nedelman.

  2. Petitioners' withdrawal will not delay or hinder this case or Defendant's defense.

1

3. Defendant does not oppose the withdrawal of Petitioners as his counsel.

4. A copy of the instant Motion has been served upon all counsel who have appeared in this case via this Court's electronic filing system.

WHEREFORE, Petitioners respectfully request that this Honorable Court grant the instant Motion providing that Petitioners may withdraw as counsel for Defendant.

Respectfully submitted,

Butzel Long

*/s/ David F. DuMouchel*
DAVID F. DUMOUCHEL (P25658)
DAMIEN P. DUMOUCHEL (P74188)
Butzel Long
41000 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 258-1616
dumouchd@butzel.com
dumoucheld@butzel.com

Dated: January 28, 2020            *Attorneys for Defendant Alphons Iacobelli*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to counsel of record.

/s/ David F. DuMouchel
E-mail: dumouchd@butzel.com

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS, LLC;
GENERAL MOTORS CO.,

    Plaintiffs

v.

FCA US LLC/ FIAT CHRYSLER
AUTOMOBILES N.V.; ALPHONS
IACOBELLI; JEROME DURDEN;
MICHAEL BROWN,

    Defendants.
_____

No. 2:19-cv-13429
Hon. Paul D. Borman

### [PROPOSED] ORDER GRANTING PETITIONERS, DAVID DUMOUCHEL, DAMIEN DUMOUCHEL AND BUTZEL LONG P.C.'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ALPHONS IACOBELLI

    This matter, having come before the Court on Petitioners, David DuMouchel, Damien DuMouchel, and the law firm of Butzel Long (together "Petitioners"), Motion to Withdraw as Counsel for Defendant Alphons Iacobelli ("Defendant") and the Court being otherwise fully advised in the premises:

    IT IS HEREBY ORDERED that Petitioners have withdrawn as counsel for Defendant effective upon entry of this Order.

Dated: January __, 2020

_____
Paul D. Borman
UNITED STATES DISTRICT JUDGE