# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GENERAL MOTORS, LLC, GENERAL MOTORS COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC *et al.*,<br><br>Defendants. | Case No. 2:19-cv-13429<br><br>Hon. U.S. D.J. Paul D. Borman<br>Hon. U.S. M.J. David R. Grand<br><br>**NOTICE OF APPEARANCE OF ABIGAIL V. CARTER** |

**PLEASE TAKE NOTICE** that Abigail V. Carter of the law firm Bredhoff & Kaiser, P.L.L.C. hereby enters her appearance as counsel on behalf of Interested Party and Third-Party Discovery-Recipient, International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, in the above-referenced matter.

Dated: January 30, 2020

Respectfully Submitted,

/s/ Abigail V. Carter
Abigail V. Carter
BREDHOFF & KAISER PLLC
805 15th St. NW, Suite 1000
Washington, DC 20005
acarter@bredhoff.com
202-842-2600
202-842-1888 (FAX)

*Counsel for Third-Party-Discovery-Recipient UAW*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, I electronically filed the foregoing Notice of Appearance via the ECF system, which will send notification of such filing to all counsel of record.

By <u>/s/ Abigail V. Carter</u>
Abigail V. Carter