UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS, LLC;
GENERAL MOTORS CO.,

    Plaintiffs,

-vs-

FCA US LLC; FIAT CHRYSLER AUTOMOBILES N.V.; ALPHONS IACOBELLI; JEROME DURDEN; MICHAEL BROWN,

    Defendants.

Case No: 19-cv-13429

United States District Judge:
Paul D. Borman

Magistrate Judge:
Honorable David R. Grand

## NOTICE OF JOINDER/CONCURRENCE

NOW COMES Defendant, MICHAEL BROWN, by and through his attorney, BEN M. GONEK, and hereby joins in the following:

- FCA Defendants' Response to Plaintiffs' Motion to "Enforce" Rule 26(d)(1) (ECF No. 40)

    Respectfully submitted,

    /s/ Ben M. Gonek
    BEN M. GONEK (P43716)
    *Attorney for Defendant, Michael Brown*
    14290 Northline Road
    Southgate, MI 48195
    (313) 963-3377
    (313) 924-1284 (fax)
    ben@goneklaw.com

Dated: February 4, 2020

## CERTIFICATE OF SERVICE

Ben M. Gonek hereby states that on the 4th day of February he caused the foregoing *Notice of Joinder/Concurrence* to be filed electronically with the United States District Court and that copies were forwarded to all counsel of record through the ECF system.

*/s/ Ben M. Gonek*
BEN M. GONEK (P43716)