UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS, LLC;
GENERAL MOTORS CO.,

    Plaintiffs

v.

FCA US LLC/ FIAT CHRYSLER
AUTOMOBILES N.V.; ALPHONS
IACOBELLI; JEROME DURDEN;
MICHAEL BROWN,

    Defendants.
_____

No. 2:19-cv-13429
Hon. Paul D. Borman

### ORDER GRANTING PETITIONERS, DAVID DUMOUCHEL, DAMIEN DUMOUCHEL AND BUTZEL LONG P.C.'S MOTION TO WITHDRAW AS COUNSEL <u>FOR DEFENDANT ALPHONS IACOBELLI</u>

This matter, having come before the Court on Petitioners, David DuMouchel, Damien DuMouchel, and the law firm of Butzel Long (together "Petitioners"), Motion to Withdraw as Counsel for Defendant Alphons Iacobelli ("Defendant") and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Petitioners have withdrawn as counsel for Defendant effective upon entry of this Order.

Dated: February 6, 2020

s/Paul D. Borman
Paul D. Borman
United States District Judge