**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| GENERAL MOTORS LLC,<br>GENERAL MOTORS COMPANY,<br><br>Plaintiffs,<br>against<br><br>FCA US LLC, FIAT CHRYSLER AUTOMOBILES N.V., ALPHONS IACOBELLI, JEROME DURDEN, MICHAEL BROWN,<br><br>Defendants. | No. 19-cv-13429<br><br>Honorable Paul D. Borman<br>District Court Judge<br><br>Honorable David R. Grand<br>Magistrate Judge |

**STIPULATION AND ORDER**

**WHEREAS**, Plaintiffs General Motors LLC and General Motors Company (collectively, "GM") filed a Complaint in the above-captioned action on November 20, 2019;

**WHEREAS**, GM served Defendant Alphons Iacobelli ("Iacobelli") with the Summons and Complaint on December 6, 2019;

**WHEREAS**, on December 23, 2019, the Court entered GM's and Iacobelli's Stipulation providing Iacobelli until and including February 3, 2020, to answer, move against, or otherwise respond to the Complaint (Dkt. No. 27);

**WHEREAS**, on December 10, 2019, the Court entered GM's, FCA US LLC's and Fiat Chrysler Automobiles N.V's (collectively, "FCA") Stipulation

providing:

1. FCA until and including January 24, 2020 to answer, move against or otherwise respond to the Complaint;

2. GM until and including March 9, 2020 to oppose any motion(s) by FCA to dismiss the Complaint; and

3. FCA until and including April 8, 2020 to file any replies in support of any motion(s) to dismiss the Complaint. (Dkt. No. 17);

**WHEREAS**, FCA filed Motions to Dismiss the Complaint on January 24, 2020 (Dkt. Nos. 41, 42);

**WHEREAS**, Iacobelli filed a Motion to Dismiss the Complaint on February 3, 2020 (Dkt. No. 50);

**WHEREAS,** GM and Iacobelli seek to adopt the same briefing schedule as between GM and FCA with respect to Iacobelli's Motion to Dismiss the Complaint;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for GM and Iacobelli in the above-captioned action, and **ORDERED BY THE COURT**, that GM shall have until and including March 9, 2020, to respond to Iacobelli's Motion to Dismiss the Complaint, and that Iacobelli shall have until and including April 8, 2020, to file a reply in support of his Motion to Dismiss the Complaint.

No prior extensions of time to respond to Iacobelli's Motion to Dismiss have

been sought by GM.

**IT IS SO ORDERED**.

Dated: February 28, 2020

s/Paul D. Borman
Paul D. Borman
United States District Judge

APPROVED AS TO FORM:

HONIGMAN LLP

By: /s/ Jeffrey K. Lamb
Jeffrey K. Lamb (P76738)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7000
*jlamb@honigman.com*

*Counsel for Plaintiffs*

NEDELMAN LEGAL GROUP PLLC

By: /s/ Michael A. Nedelman (w/ consent)
Michael A. Nedelman (P35433)
28580 Orchard Lake Road, Suite 140
Farmington Hills, MI 48334
Telephone: (248) 855-8888
*mnedelman@nglegal.com*

*Counsel for Defendant Iacobelli*