UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GENERAL MOTORS LLC, GENERAL MOTORS COMPANY,<br><br>Plaintiffs,<br><br>against<br><br>FCA US LLC, FIAT CHRYSLER AUTOMOBILES N.V., ALPHONS IACOBELLI, JEROME DURDEN, MICHAEL BROWN,<br><br>Defendants. | No. 19-cv-13429<br><br>Honorable Paul D. Borman<br>District Court Judge<br><br>Honorable David R. Grand<br>Magistrate Judge |

**APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FCA US LLC'S AND ALPHONS IACOBELLI'S MOTIONS TO DISMISS THE COMPLAINT**

| Attachment | Authorities |
|:---:|:---|
| A | *Aces High Coal Sales, Inc. v. Cmty. Bank & Tr. of W. Ga.*, 768 F. App'x. 446 (6th Cir. 2019) |
| B | *Crown Chevrolet v. Gen. Motors, LLC*, No. 13-cv-01362-THE, 2014 WL 246500 (N.D. Cal. Jan. 22, 2014) |
| C | *D. Penguin Bros. v. City Nat. Bank*, 587 F. App'x 663, 666 (2d Cir. 2014). |
| D | *DeShetler v. FCA US LLC*, Nos. 3:18 CV 76, 3:18 CV 85, 2018 WL 6257377 (N.D. Ohio Nov. 30, 2018) |
| E | *DeShetler v. FCA US, LLC*, 790 Fed. App'x 664 (6th Cir. 2019) |
| F | *Gifford v. Meda*, No. 09-cv-13486, 2010 WL 1875096 (E.D. Mich. May 10, 2010 (Borman, J.).) |
| G | *Grange Mut. Cas. Co. v. Mack*, No. 6:06-555-DCR, 2009 WL 1036092 (E.D. Ky. Apr. 17, 2009) |
| H | *In re Auto. Parts Antitrust Litig.*, No. 2:12-cv-00501, 2014 WL 4272772 (E.D. Mich. Aug. 29, 2014) |
| I | *Kresch v. Miller*, No. 18-10025, 2019 WL 3412901 (E.D. Mich. July 29, 2019) |
| J | *Mahindra & Mahindra Ltd. v. FCA US, LLC*, No. 18-cv-12645, 2019 WL 3294114 (E.D. Mich. Apr. 2, 2019) |
| K | *Primary Ins. Agency Grp., LLC v. Nofar*, No. 320039, 2015 WL 1227767 (Mich. Ct. App. Mar. 17, 2015) |
| L | *Rosemount Cogeneration Joint Venture v. N. States Power Co.*, No. 4-90-279, 1991 WL 13729 (D. Minn. Jan. 18, 1991) |
| M | *Royal Farms, Inc. v. Glob. Tropical Fresh Fruit Corp.*, No. 04-CV-4615 (ERK) 2006 WL 8437472 (E.D.N.Y. Feb. 14, 2006) |

| Attachment | Authorities |
|:---:|---|
| N | *Sims v. Ohio Cas. Ins. Co.*, <br>     151 F. App'x 433, 436 (6th Cir. 2005) |
| O | *State Farm Mut. Auto. Ins. Co. v. Universal Health Grp., Inc.*, <br>     No. 14-CV-10266, 2014 WL 5427170 (E.D. Mich. Oct. 24, 2014) |
| P | *Swanigan v. FCA US, LLC*, <br>     No. 18-cv-10319, 2018 WL 4030815 (E.D. Mich. Aug. 23, 2018).) |
| Q | *Union Comm. Servs., Ltd. v. FCA International Operations LLC*, <br>     No. 16-cv-10925, 2016 WL 6650399 (E.D. Mich. Nov. 10, 2016) |
| R | *Upton v. City of Royal Oak*, <br>     492 F. App'x 492, 504 (6th Cir. 2012). |
| S | *Willie McCormick & Assocs., Inc. v. Lakeshore Eng'g Servs., Inc.*, <br>     No. 12-15460, 2015 WL 5093785 (E.D. Mich. Aug. 28, 2015) |
| T | *Willie McCormick & Assocs., Inc. v. Lakeshore Eng'g Servs., Inc.*, <br>     No. 12-15460, 2013 WL 6713999 (E.D. Mich. Dec. 20, 2013) |