UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS LLC and
GENERAL MOTORS COMPANY,

        Plaintiff,

V.

FCA US LLC, FIAT CHRYSLER
AUTOMOBILES N.V., ALPHONS
IACOBELLI, JEROME DURDEN and
MICHAEL BROWN,

        Defendants.

CASE NO. 19-CV-13429
Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

_____/

## ORDER REQUIRING PLAINTIFFS TO FILE A SEPARATE RESPONSE TO DEFENDANT FCA'S MOTION TO DISMISS AND TO DEFENDANT IACOBELLI'S MOTION TO DISMISS

On November 20, 2019, Plaintiffs filed a Complaint against Defendants FCA US LLC, FIAT Chrysler Automobiles N.V., Alphons Iacobelli, Jerome Durden and Michael Brown (ECF No. 1). On January 24, 2020, Defendant FCA US LLC ("FCA") filed a Motion to Dismiss the Complaint (ECF No. 41); Defendant Fiat Chrysler Automobiles N.V. ("Fiat Chrysler") filed a separate Motion to Dismiss the Complaint (ECF No. 42); and on February 3, 2020, Defendant Alphons Iacobelli ("Iacobelli") filed a separate Motion to Dismiss the Complaint (ECF No. 50).

On March 9, 2020, Plaintiffs filed a single Response to the two Motions (FCA's Motion to Dismiss, ECF No. 41, and Iacobelli's Motion to Dismiss, ECF No. 50), (ECF No. 58). [Plaintiffs also filed a Response to Fiat Chrysler's Motion to Dismiss (ECF No. 59)]

Plaintiffs were required to have filed a separate response to FCA's Motion to Dismiss (ECF No. 41) and a separate response to Iacobelli's Motion to Dismiss (ECF No. 50).  Accordingly, PLAINTIFFS' RESPONSE IN OPPOSITION TO FCA US LLC'S AND ALPHONS IACOBELLI'S SEPARATE MOTIONS TO DISMISS THE COMPLAINT (ECF No. 58) is HEREBY STRICKEN.

Plaintiffs must file a separate response to FCA's Motion to Dismiss and to Iacobelli's Motion to Dismiss.

SO ORDERED.

Dated:  March 10, 2020                    s/Paul D. Borman
                                          Paul D. Borman
                                          United States District Judge