# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GENERAL MOTORS LLC, GENERAL MOTORS COMPANY, | No. 19-cv-13429 |
| Plaintiffs, against | Honorable Paul D. Borman District Court Judge |
| FCA US LLC, FIAT CHRYSLER AUTOMOBILES N.V., ALPHONS IACOBELLI, JEROME DURDEN, MICHAEL BROWN, | Honorable David R. Grand Magistrate Judge |
| Defendants. | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE CONFIDENTIAL INFORMATION UNDER SEAL

This matter is before the Court upon Plaintiffs General Motors LLC's and General Motors Company's (collectively, "GM") Motion for Leave to File Confidential Information Under Seal in connection with their Opposition in Response to Fiat Chrysler Automobiles N.V.'s ("FCA NV") Motion to Dismiss the Complaint (Dkt. No. 59). The Court, having reviewed GM's Motion and Brief in Support, and being otherwise fully advised in the premises, hereby finds that Exhibit 1 to GM's Opposition in Response to FCA NV's Motion to Dismiss the Complaint should be sealed to permit FCA NV sufficient time to identify whether the document remains sensitive and should be restricted from public view.

1

The Court therefore orders that GM's Motion for Leave to File Confidential Information Under Seal is GRANTED.

SO ORDERED.

Dated: March 10, 2020　　　　　　　　　　s/Paul D. Borman
　　　　　　　　　　　　　　　　　　　　Paul D. Borman
　　　　　　　　　　　　　　　　　　　　United States District Judge