UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

General Motors LLC, et al.,

                Plaintiff(s),

v.                                          Case No. 2:19–cv–13429–PDB–DRG
                                            Hon. Paul D. Borman

FCA US LLC, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #41
        Motion to Dismiss – #42
        Motion to Dismiss – #50

- MOTION HEARING: June 23, 2020 at 10:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/D Tofil
                                                      Case Manager

Dated:  May 26, 2020