UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS LLC,
GENERAL MOTORS COMPANY,

        Plaintiffs,

v.

FCA US LLC, FIAT CHRYSLER
AUTOMOBILES N.V., ALPHONS
IACOBELLI, JEROME DURDEN,
MICHAEL BROWN,

        Defendants.
_____/

Case No. 19-cv-13429

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

## ORDER AMENDING JUNE 23, 2020 ORDER (ECF No. 74) TO PERMIT AN ATTORNEY TO ACCOMPANY GM'S CEO MARY BARRA, AND AN ATTORNEY TO ACCOMPANY FCA'S CEO MICHAEL MANLEY TO THEIR PRIVATE IN-PERSON MEETING TO CONSIDER A RESOLUTION OF THIS CASE, AND AT THEIR SUBSEQUENT ZOOM REPORT TO THE COURT

The Court notes that Federal Rule of Evidence 408(a)(2) prohibits admission of statements made during compromise negotiations.

IT IS SO ORDERED.

Dated: June 27, 2020

        s/Paul D. Borman
        Paul D. Borman
        United States District Judge