UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS LLC,
GENERAL MOTORS COMPANY,　　　　　　　Case No. 19-cv-13429

　　　　　　Plaintiffs,　　　　　　　　　　　　Paul D. Borman
v.　　　　　　　　　　　　　　　　　　　　　United States District Judge

FCA US LLC, FIAT CHRYSLER　　　　　　　David R. Grand
AUTOMOBILES N.V., ALPHONS　　　　　　　United States Magistrate Judge
IACOBELLI, JEROME DURDEN,
MICHAEL BROWN,

　　　　　　Defendants.
_____/

ORDER RESPONDING TO PLAINTIFF GENERAL MOTORS' JUNE 27, 2020 LETTER TO THE U.S. COURT OF APPEALS FOR THE SIXTH CIRCUIT, ON CASE NUMBER 20-1616

　　At the Noon, July 1, 2020 Zoom webinar, the Court will address a single question to GM's CEO, Mary Barra, and to FCA's CEO, Michael Manley; "Have you resolved this case?" "Yes" or "No." No further elaborations or statements by CEO Mary Barra or CEO Michael Manley will be requested, or permitted.

IT IS SO ORDERED.

Dated: June 29, 2020　　　　　　　　　　　s/Paul D. Borman
　　　　　　　　　　　　　　　　　　　　　Paul D. Borman
　　　　　　　　　　　　　　　　　　　　　United States District Judge