UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br>GENERAL MOTORS COMPANY,<br><br>                 Plaintiffs,<br>v.<br><br>FCA US LLC, FIAT CHRYSLER<br>AUTOMOBILES N.V., ALPHONS<br>IACOBELLI, JEROME DURDEN,<br>MICHAEL BROWN,<br><br>                 Defendants.<br>_____/ | Case No. 19-cv-13429<br><br>Paul D. Borman<br>United States District Judge<br><br>David R. Grand<br>United States Magistrate Judge |

## JUDGMENT

For the reasons stated in an Order entered this same day, it is ORDERED AND ADJUDGED that Defendants' Motions to Dismiss (ECF Nos. 41, 42, and 50) are GRANTED and Plaintiffs' Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: July 8, 2020                                   s/Paul D. Borman
                                                                       Paul D. Borman
                                                                       United States District Judge