**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| GENERAL MOTORS LLC,<br>GENERAL MOTORS COMPANY,<br><br>Plaintiffs,<br>against<br><br>FCA US LLC, FIAT CHRYSLER AUTOMOBILES N.V., ALPHONS IACOBELLI, JEROME DURDEN, MICHAEL BROWN,<br><br>Defendants. | No. 19-cv-13429<br><br>Honorable Paul D. Borman<br>District Court Judge<br><br>Honorable David R. Grand<br>Magistrate Judge |

# INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
| A | GM’s Proposed First Amended Complaint |
| B | Declaration of Hariklia Karis |
| C | Declaration of Jeffrey L. Willian |