UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GENERAL MOTORS LLC, GENERAL MOTORS COMPANY,<br><br>    Plaintiffs,<br> against<br><br>FCA US LLC, FIAT CHRYSLER AUTOMOBILES N.V., ALPHONS IACOBELLI, JEROME DURDEN, MICHAEL BROWN,<br><br>    Defendants. | No. 19-cv-13429<br><br>Honorable Paul D. Borman<br>District Court Judge<br><br>Honorable David R. Grand<br>Magistrate Judge |

**APPENDIX OF UNPUBLISHED AUTHORITIES**

| Attachment | Document |
|:---:|---|
| 1 | *Belknap v. Bank of Am. Corp.*, 2015 WL 1423398 (N.D. Ohio Mar. 27, 2015) |
| 2 | *Counts v. Gen. Motors, LLC*, 2018 WL 5264194 (E.D. Mich. Oct. 23, 2018) |
| 3 | *Davis v. United States*, 2010 WL 5014533 (E.D. Ky. Dec. 3, 2010) |
| 4 | *KBT Grp., LLC v. City of Eastpointe*, 2019 WL 1556194 (E.D. Mich. Apr. 10, 2019) |
| 5 | *Murphy v. Vaive Wood Prod. Co.*, 2019 WL 117337 (E.D. Mich. Jan. 7, 2019) |
| 6 | *Raymo v. FCA US LLC*, 2020 WL 4366061 (E.D. Mich. July 30, 2020) |