UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

General Motors LLC, et al.,

                Plaintiff(s),

v.                                         Case No. 2:19−cv−13429−PDB−DRG
                                                  Hon. Paul D. Borman

FCA US LLC, et al.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

        Motion to Amend/Correct − #84

IT IS HEREBY ORDERED that Defendants shall file a response to the above document on or before August 10, 2020. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                              s/Paul D. Borman
                                              Paul D. Borman
                                              U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/D Tofil
                                              Case Manager

Dated: August 3, 2020