UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br>GENERAL MOTORS COMPANY,<br><br>                    Plaintiffs,<br>v.<br><br>FCA US LLC, FIAT CHRYSLER<br>AUTOMOBILES N.V., ALPHONS<br>IACOBELLI, JEROME DURDEN,<br>MICHAEL BROWN,<br><br>                    Defendants.<br>_____/ | Case No. 19-cv-13429<br><br>Paul D. Borman<br>United States District Judge<br><br>David R. Grand<br>United States Magistrate Judge |

## AMENDED ORDER REQUIRING RESPONSE

The following document has been filed:

Motion to Amend/Correct − #84

IT IS HEREBY ORDERED, pursuant to Eastern District of Michigan Local Rule 59.1, that Defendants shall file a response to the above document on or before August 10, 2020. The response shall be filed in accordance with E.D. Mich. L.R. 7.1(d)(2-3).

IT IS SO ORDERED.


Dated: August 3, 2020                              s/Paul D. Borman
                                                                     Paul D. Borman
                                                                       United States District Judge