UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS LLC,
GENERAL MOTORS COMPANY,

        Plaintiffs,

v.

FCA US LLC, FIAT CHRYSLER
AUTOMOBILES N.V., ALPHONS
IACOBELLI, JEROME DURDEN,
MICHAEL BROWN,

        Defendants.
_____/

Case No. 19-cv-13429

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

### ORDER RE: EASTERN DISTRICT OF MICHIGAN LOCAL RULE 59.1

While the Court has ordered a response to Plaintiffs' Motion to Alter or Amend Judgment, the Court does not direct a reply by Plaintiffs.

IT IS SO ORDERED.

Dated: August 10, 2020

s/Paul D. Borman
Paul D. Borman
United States District Judge