UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS LLC,
GENERAL MOTORS COMPANY,

          Plaintiffs,          CASE NO. 19-CV-13429

v.          Honorable Paul D. Borman
          District Court Judge

FCA US LLC, FIAT CHRYSLER          Honorable David R. Grand
AUTOMOBILES N.V., ALPHONS          Magistrate Judge
IACOBELLI, JEROME DURDEN,
MICHAEL BROWN,

          Defendants.

## NOTICE OF JOINDER

Defendant, through undersigned counsel, hereby joins in and concurs with FCA Defendants' Opposition to Plaintiffs' Motion to Alter or Amend Judgment filed by Co-Defendants on August 10, 2020. ECF No. 90. In joining FCA's Response, Mr. Durden is not waiving the right to file pleadings of his own or to seek reconsideration of rulings made by the Court.

Mr. Durden respectfully requests that he be permitted to participate in any hearings conducted in connection with the aforementioned Motion and Response and that, if deemed necessary by him under the circumstances, he be permitted to submit supplemental briefs, memoranda, or pleadings.

          Respectfully Submitted,

          /s/Judith S. Gracey
          **JUDITH S. GRACEY (P39766)**
          Attorney for Jerome Durden
          The Gracey Law Firm, PLLC
          2200 Beechmont Street
          Keego Harbor, Michigan 48320
Dated: August 10, 2020          (248) 221-7726

2

## **CERTIFICATE OF SERVICE**

I, Judith S. Gracey, hereby certify that on August 10, 2020, I electronically filed the foregoing document, with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record.

/s/Judith S. Gracey
**JUDITH S. GRACEY**