**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| GENERAL MOTORS LLC,<br>GENERAL MOTORS COMPANY<br><br>    Plaintiffs,<br><br> - against -<br><br>FCA US LLC, FIAT CHRYSLER<br>AUTOMOBILES N.V., ALPHONS<br>IACOBELLI, JEROME DURDEN,<br>MICHAEL BROWN,<br><br>    Defendants. | Case No. 19-cv-13429 |

**NOTICE OF APPEAL**

  Notice is hereby given that Plaintiffs General Motors LLC and General Motors Company hereby appeal to the U.S. Court of Appeals for the Sixth Circuit from this Court's opinion (Dkt.82) and order (Dkt.83) granting Defendants' motions to dismiss, and from this Court's subsequent decision (Dkt.92) denying Plaintiffs' motion to alter or amend that opinion. A copy of this Court's opinion granting the motions to dismiss, which the Court issued on July 8, 2020, is attached hereto as Exhibit A. A copy of this Court's decision denying Plaintiffs' motion to alter or amend its July 8 opinion, which the Court issued on August 14, 2020, is attached hereto as Exhibit B.

              s/ Hariklia Karis
              HARIKLIA KARIS
              KIRKLAND & ELLIS LLP
              300 North LaSalle
              Chicago, IL 60654
              (312) 862-2000
              hkaris@kirkland.com

              *Counsel for Plaintiffs*

August 17, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2020, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Eastern District of Michigan using the CM/ECF system.

s/ Hariklia Karis
Hariklia Karis
