UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

General Motors LLC, et al.,

                        Plaintiff(s),

v.                                                  Case No. 2:19–cv–13429–PDB–DRG
                                                    Hon. Paul D. Borman

FCA US LLC, et al.,

                        Defendant(s).

_____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on August 18, 2020.


DAVID J. WEAVER, CLERK OF COURT


By: s/ L. Granger
    Deputy Clerk


Dated:  August 18, 2020