# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 11, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Jan 13, 2023
DEBORAH S. HUNT, Clerk

Re: General Motors, LLC, et al.
v. FCA US, LLC, et al.
No. 22-642
(Your No. 20-1791)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 9, 2023 and placed on the docket January 11, 2023 as No. 22-642.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst